FILED: September 29, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-6445
(1:25-cv-00313)

_____

TERRILL GOODS, SR.

          Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; AUSA ANDREW SPIEVACK, Attorney for
the Govt.; AUSA ELAINE LEONARD, Attorney for the Govt.; JAMES A.
DALEY, Jailer/Federal Lawyer; COMBINED PUBLIC COMMUNICATIONS,
Phone Service Provider for County Jail

          Defendants - Appellees

_____

O R D E R

_____

The court dismisses this proceeding for failure to prosecute pursuant to

Local Rule 45.

                    For the Court--By Direction

                    /s/ Nwamaka Anowi, Clerk